DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARIELL MARTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3779

[May 7, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn Kelley, Judge; L.T. Case No. 50-2017-CF009555-AXXX-MB.

Carey Haughwout, Public Defender, and Scott T. Pribble, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and LEVENSON, JEFFREY, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***